EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2569
Facsimile: (213) 894-7177
E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

$225,100.00 IN U.S. CURRENCY,

Defendant.

ABRAAM KESHISHYAN, MADLEN KESHISHYAN, GEVORG KESHISHYAN, and LILI MKRTCHYAN,

Claimants.

Case No. CV 16-5693-JFW(FFMx)

**CONSENT JUDGMENT OF FORFEITURE**

Plaintiff United States of America (“the government,” “the United States of America” or “plaintiff”) has filed a First

Amended Complaint for Forfeiture alleging that the defendant $225,100.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) & (C).

On or about September 7, 2016, claimant Lili Mkrtchyan filed a claim to $32,550.00 of the defendant currency, claimant Abraam Keshishyan filed a claim to $32,550.00 of the defendant currency, claimant Madlen Keshishyan filed a claim to $40,000.00 of the defendant currency and claimant Gevorg Keshishyan filed a claim to $120,000.00 of the defendant currency. Claimants Lili Mkrtchyan, Abraam Keshishyan, Madlen Keshishyan and Gevorg Keshishyan are collectively referred to herein as "Claimants." No other parties have appeared in this case and the time for filing claims and answers has expired.

The government, on the one hand, and Claimants, and each of them, on the other hand, have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The First Amended Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) & (C).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person other than Claimants. The Court deems that all other potential claimants admit the allegations of the First Amended Complaint for Forfeiture to be true.

4. The defendant currency (i.e., $225,100.00), plus the interest earned by the United States of America on the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5. Claimants, and each of them, on behalf of themselves and each of their respective heirs, successors, predecessors, assigns and related entities, if any, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Claimants, and each of them, hereby withdraw), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimants, or any of them, on behalf of themselves or any of their respective heirs, successors,

predecessors, assigns and related entities, if any, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court further funds that Claimants, and each of them, did not substantially prevail in this action, and each of the parties hereto shall bear their own attorney fees and costs.

Dated: December 5, 2016

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right to appeal.

DATED: December 2, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: November 30, 2016

LAW OFFICES OF DAVID M. MICHAEL

/s/ David M. Michael
DAVID M. MICHAEL

Attorney for Claimants
ABRAAM KESHISHYAN, MADLEN KESHISHYAN, GEVORG KESHISHYAN, and LILI MKRTCHYAN

DATED: November 30, 2016

/s/ Abraam Keshishyan
ABRAAM KESHISHYAN

DATED: November 30, 2016

/s/ Madlen Keshishyan
MADLEN KESHISHYAN

DATED: November 30, 2016

/s/ Gevorg Keshishyan
GEVORG KESHISHYAN

DATED: November 30, 2016

/s/ Lili Mkrtchyan
LILI MKRTCHYAN